

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00798-CR

**IN RE** Flanzo LaFonte **TOWNES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: November 26, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Flanzo LaFonte Townes filed this pro se petition for writ of mandamus on November 17, 2014, complaining of the trial court's failure to rule upon various motions filed in the underlying criminal proceeding. Relator has been appointed counsel to represent him in connection with his 2010 criminal conviction. We conclude that any original proceeding on the issue raised in relator's mandamus petition should be presented by relator's appointed counsel. Relator is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v.*

---

[1] This proceeding arises out of Cause No. 2009CR0764, styled *The State of Texas v. Flanzo LaFonte Townes*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.

*Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding).

Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH